UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

REGINALD DEWAYNE NELSON,

      Petitioner,                           Case No. 1:04-CV-410

v.                                        Hon. Gordon J. Quist

MARY BERGHUIS,

      Respondent.

_____/

## ORDER AND JUDGMENT
## APPROVING REPORT AND RECOMMENDATION

The court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action. The Report and Recommendation was duly served on the parties on June 11, 2007. No objections have been filed pursuant to 28 U.S.C. § 636(b)(1)(C).

**THEREFORE, IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge, filed June 11, 2007, is approved and adopted as the opinion of the court.

**IT IS FURTHER ORDERED** that Petitioner's petition for writ of habeas corpus is **dismissed without prejudice**. This case is **concluded**

Dated: August 8, 2007                                          /s/ Gordon J. Quist
                                                                   GORDON J. QUIST
                                                      UNITED STATES DISTRICT JUDGE